B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Michigan

In re   Michael D. Summerfield
        Christine M. Summerfield
                                        Debtor(s)

Case No. _____
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                           $      950.00
   Prior to the filing of this statement I have received                 $      950.00
   Balance Due                                                           $        0.00

2. The source of the compensation paid to me was:

   ■ Debtor      □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Debtors have agreed to pay Rayman & Knight the hourly rates for work performed in excess of the amount referenced above: $310.00 for Steven L. Rayman; $250.00 for Cody H. Knight and $125.00 for paralegal. These rates are subject to yearly increases.

   /s/ Michael D. Summerfield          /s/ Christine M. Summerfield

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, contested matters or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/17/18
Date

Cody H. Knight (P64811)
*Signature of Attorney*
Rayman & Knight
141 E. Michigan Avenue
Suite 301
Kalamazoo, MI 49007

*Name of law firm*